

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2021

No. 04-21-00535-CV

**TEXAS BRANDON CORPORATION, INC**. and Ronald Wilson,
Appellants

v.

**EOG**, Karbuhn Oil Company, Robert E. Brandt, Chad E. Brandt, Joachim K. Leicht, Dick A.
Tracy, and Alicat, Energy,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Lynn Ellison, Judge Presiding

## O R D E R

On December 2, 2021, this court received appellants' brief. The brief was filed before the appellate record was filed. The clerk's record and reporter's record are currently due on January 10, 2022.

It is therefore ORDERED that appellants' prematurely-filed brief is stricken. *See* TEX. R. APP. P. 38.9. Appellants' brief is due within thirty days from the date the entire appellate record is filed. Appellants' brief must comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.1, 9.4, 9.5, 9.9, 38.1. Among other requirements, appellants' brief must contain appropriate citations to authorities and must contain proper record citations to any documents referenced in the brief. *See id.* R. 34.1, 38.1(g), (i). This court will not consider any documents included in an appendix to appellants' brief that are not contained in the clerk's record. *See Blank v. State*, 172 S.W.3d 673, 675 n.1 (Tex. App.—San Antonio 2005, no pet.) (not designated for publication).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2021.



MICHAEL A. CRUZ, Clerk of Court